Núm. 179.—Montaner, Admor., recurrente, *v.* Comisión Industrial de Puerto Rico, dmdada., y Maldonado, etc., peticionarios ante la Comisión.— Enero 16, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el obrero José Antonio Maldonado falleció como consecuencia de la asfixia producida al caer dentro de una zanja de agua, en la cual trabajaba para su patrono Sucn. J. Serrallés;

Por cuanto, según el informe médico la muerte de dicho obrero fué causada por haber aspirado materias extrañas, las cuales fueron encontradas en sus pulmones y bronquios al practicársele la autopsia;

Por cuanto, la caída de dicho obrero dentro de la zanja fué motivada por un ataque epiléptico sufrido por dicho obrero durante el curso de su trabajo;

Por tanto, de acuerdo con lo resuelto en esta misma fecha en el caso núm. 178, *Ramón Montaner, etc.,* v. *Comisión Industrial de Puerto Rico, etc.* (ante, pág. 900), se confirma la resolución recurrida dictada el 18 de julio de 1939 por la Comisión Industrial de Puerto Rico en el caso núm. C. I. 4463, José Antonio Maldonado, obrero, Sucn. J. Serrallés, patrono, Fondo del Estado, asegurador.